UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIO CASTILLA,

        Petitioner,

v.

RON VAN BOENING,

        Respondent.

CASE NO. C08-906-TSZ-BAT

ORDER DENYING § 2254 PETITION

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, respondent's answer, petitioner's reply, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for a writ of habeas corpus (Dkt. No. 1) is DENIED and this action is dismissed with prejudice.

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Tsuchida.

DATED this 26th day of February, 2009.

                                                      Thomas S. Zilly
                                                      United States District Judge